UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-61503-CIV-SINGHAL / Valle

SAMMY EDWARDS and EDDIE BROWN,

      Plaintiffs,

v.

GRAMPA'S REAL ESTATE, INC., a
Florida profit company d/b/a GRAMPA'S
BAKERY & RESTAURANT, and CAROL
GRAMPA,

      Defendants.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

The Plaintiffs, SAMMY EDWARDS and EDDIE BROWN, by and through undersigned counsel, respond to the Court's Order to Show Cause (ECF # 6), dated September 25, 2020, and states as follows:

The Court has inquired into whether service of process was effectuated against the Defendants, and if not, why the case should not be dismissed. *See* Order to Show Cause at 1. Although, to date, the Defendants have *not* been served with process, it has definitely *not* been for a lack of trying. As set forth herein, the Plaintiffs have been diligently trying to serve the Defendants, and the undersigned counsel has been *personally* involved with those efforts.

By way of background, the Defendants operated a restaurant in Dania Beach, Florida, where the Plaintiffs worked as cooks. Shortly after the COVID-19 pandemic started, the Defendants' restaurant shut down. The restaurant has been closed since that shutdown, and there has been no activity at the restaurant location for the past few months. The restaurant is vacant.

The sole owner of GRAMPA'S REAL ESTATE, INC. (hereinafter, "GREI") is Defendant, CAROL GRAMPA ("Grampa"). Co-Defendant, Grampa is listed as the Registered Agent for GREI. See **Exhibit A**. The *address* provided for the registered agent is the *same* location of the now-shuttered restaurant. *Id.*

Because the subject restaurant has been closed for many months, the Plaintiffs' process server has been unable to serve the registered agent at her official address—the one Defendants provided to the Florida Secretary of State. *See id.* Moreover, because the restaurant is closed, there are no officers, director, managers, or even *employees* available to accept service of process.

The undersigned counsel has been able to identify Grampa's home address in Hollywood. The Plaintiff's process server has been out to the house numerous times. The process server has knocked, as well as called Ms. Grampa, in order to seek her cooperation with service of process. The Plaintiff's process server has heard Grampa's door barking when she has gone to serve the Summons and Complaint,, has seen a car in front of the residence, and has noticed the subject home as a *video* doorbell. The video doorbell allows Grampa to see who is approaching and/or knocking on the door.

Grampa has not, yet, accepted service of process. There is no doubt, however, that Grampa is aware of this lawsuit.[1] Last week, the undersigned counsel learned that Ms. Grampa has an attorney, Stephen Straley, Esq. Undersigned counsel called attorney Straley to discuss the claims, discuss the potential resolution of the case, and discuss the problems effectuating service on Grampa. Mr. Straley acknowledged that Grampa *was aware* of this lawsuit. However, he would

---

[1] The Plaintiffs also sent pre-suit written settlement demands to the Defendants and requested copies of Plaintiffs' time and pay records. The pay/time records were never provided, the matter was not settled, and so, the instant lawsuit was commenced.

not agree to enter into an arrangement whereby Grampa would simply open the door for the process server, or otherwise cooperate.

Nevertheless, attorney Straley *was* open to the Parties discussing settlement. Those discussions are ongoing, and the Defendants are currently reviewing the applicable time records to determine whether a settlement can be achieved.

Notwithstanding those ongoing settlement discussions, the Plaintiff's process server is *still* actively trying to serve Ms. Grampa, both in her individual capacity, as well as registered agent for GREI. From the Plaintiff's perspective, it is firmly believed that Ms. Grampa is avoiding service of process.

Pursuant to Florida Statutes, Section 48.181, the Plaintiff may be able to show that Grampa (as registered agent), is concealing her whereabouts, and therefore, may be able to serve the Florida Secretary of State with service of process. However, prior to Plaintiff's process server being able to definitively say that, she must continue to make some additional efforts to serve the Defendants.

*In sum, the Plaintiff preys the Court will not dismiss this action, but instead, requests the Court extend the time to serve the Defendants with process, by sixty (60) days.* To use that time productively, the Plaintiff will aggressively continue efforts to serve the Defendants with process. If the Plaintiffs are successful, they will promptly file Affidavits of Service so the Court will know what is going on. At the same time, the Plaintiff is also trying to see whether a settlement can be achieved. Certainly, if a settlement can be achieved, it will same attorney and judicial time and resources.

Respectfully submitted,

BOBER & BOBER, P.A.
Attorneys for Plaintiff
2699 Stirling Road, Suite-A304
Hollywood, FL 33312
Phone: (954) 922-2298
Fax: (954) 922-5455
peter@boberlaw.com

By: s/. Peter Bober
FBN # 0122955

# EXHIBIT A



# Detail by Entity Name

Florida Profit Corporation
GRAMPA'S REAL ESTATE, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | 329700 |
| **FEI/EIN Number** | 59-1261970 |
| **Date Filed** | 05/06/1968 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

17 SOUTHWEST FIRST STREET
DANIA, FL 33004

Changed: 04/24/2000

**Mailing Address**

17 SOUTHWEST FIRST STREET
DANIA, FL 33004

Changed: 04/24/2000

**Registered Agent Name & Address**

GRAMPA, Carol
17 SOUTHWEST FIRST STREET
DANIA, FL 33004

Name Changed: 04/06/2015

Address Changed: 04/06/2015

**Officer/Director Detail**

**Name & Address**

Title PD

Grampa, Carol
17 SOUTHWEST FIRST STREET
DANIA, FL 33004

Title SD

GRAMPA, CAROL
17 SOUTHWEST FIRST STREET
DANIA, FL 33004

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2018 | 01/14/2018 |
| 2019 | 01/27/2019 |
| 2020 | 04/26/2020 |

**Document Images**

| | |
| --- | --- |
| 04/26/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/16/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/30/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/14/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations