UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-61503-CIV-SINGHAL / Valle

SAMMY EDWARDS and EDDIE BROWN,

    Plaintiffs,

  v.

GRAMPA'S REAL ESTATE, INC., a
Florida profit company d/b/a GRAMPA'S
BAKERY & RESTAURANT, and CAROL
GRAMPA,

    Defendants.
_____/

## STATEMENT OF CLAIM

The Plaintiffs, SAMMY EDWARDS and EDDIE BROWN, by and through undersigned counsel, file this Statement of Claim pursuant to the Court's Order (DE 5), and each state as follows:

A. **Sammy Edwards**

Between about November 16, 2016 to on about March 12, 2020, Plaintiff Edwards worked on average 45 hours per week. He was paid "straight time" for hours in excess of 40 per week rather than at the rate of time-and-one-half (*"overtime"* or "OT"). His hourly rate was $12.00 and therefore, he would be owed $6.00 per hour ($12 /2), or a total of $30 per week ($6 x 5 OT hours). Over about 120 weeks Plaintiff Edwards is owed $3,600 ($30 per week x 120 weeks.

In addition to the foregoing, Plaintiff Edwards is also seeking liquidated damages, attorneys' fees and costs. The information constitutes an estimate as Plaintiff Edwards has not reviewed their time/pay records prior to preparing this Statement.

B. **Eddie Brown**

Prior to about July 2019, Plaintiff Brown worked about 6 days per week, 80 hours per and was paid an hourly rate of $11.00 per hour. He was paid at the rate of $11.00 per hour for all hours worked. Plaintiff Brown is owed the half time rate of $5.50 per hour for 40 hours per week (80 hours - 40 hours = 40) or $220.00 per week. For the approximate 112 weeks worked prior to July 2019, he is owed $24,640.00 ($220.00 per week x 112 weeks).

From about July 2019 to March 12, 2020, Plaintiff Brown worked **usually 7 days** per week, about 92 hours per week. His rate of pay was $12.00 per hour. Plaintiff Brown is owed the half time rate of $6.00 per hour for 52 hours per week (92 hours - 40 hours = 52). He is owed $312.00 per week (52 hours x $6.00). He worked about 36.5 weeks, and is owed $11,388.00 ($312.00 per week x 36.5 weeks). Plaintiff Brown's total unpaid overtime wages owed are $36,028.00 ($11,388.00 + $24,640.00) for this period of time.

In addition to the foregoing, Plaintiff Brown is also seeking liquidated damages, attorneys' fees and costs. The information constitutes an estimate as Plaintiff Edwards has not reviewed their time/pay records prior to preparing this Statement.

                        Respectfully submitted,

                        BOBER & BOBER, P.A.
                        Attorneys for Plaintiffs
                        2699 Stirling Road, Suite-A304
                        Hollywood, FL 33312
                        Phone: (954) 922-2298
                        Fax: (954) 922-5455
                        peter@boberlaw.com

                        By: s/. Peter Bober
                        FBN # 0122955